# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JEFFREY ALAN VOSS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         6:24-mj-210-MK<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 24 - 27, 2024  in the county of  Lane  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Threatening Communications in Interstate Commerce |

This criminal complaint is based on these facts:
The attached affidavit of Special Agent Hunter Fikes, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Hunter Fikes, per rule 4.1
*Complainant's signature*

Hunter Fikes, SA-FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  9:27am  a.m./p.m.

Date:  September 30, 2024

*Judge's signature*

City and state:  Eugene, Oregon    Mustafa T. Kasubhai
*Printed name and title*